STATE of Missouri, Plaintiff–
Respondent,

v.

Natasha WRIGHT, Defendant–Appellant.

No. 65610.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 16, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals after a jury convicted her of two counts of involuntary manslaughter, § 565.024, RSMo 1994. We affirm.

We find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b).